# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **InPWR, INC.** | **:** | **CIVIL ACTION NO. 21-cv-0821** |
| **VERSUS** | **:** | **JUDGE TERRY A. DOUGHTY** |
| **OLSON RESTORATION, LLC, ET AL.** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 142] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the motion of Southwest Louisiana Hospital Association, d/b/a Lake Charles Memorial Hospital, styled *Rule 12(b)(1) Motion to Determine Whether There is Subject Matter Jurisdiction, Considering a Correct Alignment of the Parties* [Doc. No. 22] is **GRANTED**.

Having granted the motion, this Court further finds that this Court does enjoy subject matter jurisdiction for the reasons set forth in the Report and Recommendation [Doc. No. 142], and therefore, the matter may proceed in this Court.

**MONROE, LOUISIANA**, this 7th day of July 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE