UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **INPWR INC** | **CASE NO. 2:21-CV-00821** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **OLSON RESTORATION L L C ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 166] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the Motion to Dismiss Claims Made by Plaintiff [Doc. No. 23] filed by Defendant Southwest Louisiana Hospital Association, d/b/a Lake Charles Memorial Hospital is **DENIED**.

**MONROE, LOUISIANA**, this 12th day of September 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE