UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **INPWR, INC.** | **:** | **CIVIL ACTION NO. 21-CV-0821** |
| **VERSUS** | **:** | **JUDGE TERRY A. DOUGHTY** |
| **OLSON RESTORATION, LLC, ET AL.** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 172] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Claims Made by Defendant Expedited Service Partners, LLC, [Doc. No. 24], and as supplemented [Doc. No. 40] filed pursuant to Federal Rule of Civil Procedure 12(b)(6) by defendant Southwest Louisiana Hospital Association, d/b/a Lake Charles Memorial Hospital and Thomas and Belinda Chapman and Dwayne Patrick Brown is **DENIED.**

MONROE, LOUISIANA, this 19th day of September 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE