UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **INPWR, INC.** | : | **CIVIL ACTION NO. 21-CV-0821** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **OLSON RESTORATION, LLC, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 179] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Counterclaim filed by Expedited Service Partners, LLC [Doc. No. 48] seeking dismissal of the Counterclaim by Southwest Louisiana Hospital Association d/b/a Lake Charles Memorial Hospital [Doc. No. 31] is **GRANTED.** Count One of the Counterclaim seeking declaratory relief is **DISMISSED WITH PREJUDICE.** Count Two of the Counterclaim seeking relief pursuant to the Louisiana Unfair Trade Practices Act is **DISMISSED WITHOUT PREJUDICE** to the right of LCMH to amend the Counterclaim to allege, if it can, any ascertainable loss of money or movable property attributable to ESP's allegedly unfair or deceptive trade practices.

**MONROE, LOUISIANA**, this 30th day of September 2022.

                                                   **TERRY A. DOUGHTY**
                                                   **UNITED STATES DISTRICT JUDGE**