# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **INPWR, INC.** | **:** | **CIVIL ACTION NO. 21-CV-0821** |
| **VERSUS** | **:** | **JUDGE TERRY A. DOUGHTY** |
| **OLSON RESTORATION, LLC, ET AL.** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 182] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Counterclaim filed by InPwr, Inc. [Doc. No. 51] seeking dismissal of the Counterclaim by Southwest Louisiana Hospital Association, d/b/a/ Lake Charles Memorial Hospital ("LCMH") [Doc. No. 31] is **GRANTED.** Count One of the Counterclaim seeking declaratory relief is **DISMISSED WITH PREJUDICE.** Count Two of the Counterclaim seeking relief pursuant to the Louisiana Unfair Trade Practices Act is **DISMISSED WITHOUT PREJUDICE** to the right of LCMH to amend the Counterclaim to allege, if it can, any ascertainable loss of money or movable property attributable to InPwr's allegedly unfair or deceptive trade practices.

**MONROE, LOUISIANA**, this 3rd day of October 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**