UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **INPWR INC** | **CASE NO. 2:21-CV-00821** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **OLSON RESTORATION L L C ET AL** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation [Doc. No. 226] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant LCMH's Fed. R. Civ. P. Rule 12(b)(6) Motion to Dismiss Crossclaims Made by Defendant, Olson/Servpro [Doc. No. 53] filed by Southwest Louisiana Hospital Association, d/b/a Lake Charles Memorial Hospital is **DENIED**

Monroe, Louisiana, this 2nd day of November 2022.

Terry A. Doughty
United States District Judge