UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **INPWR, INC.** | **:** | **CIVIL ACTION NO. 21-CV-0821** |
| **VERSUS** | **:** | **JUDGE TERRY A. DOUGHTY** |
| **OLSON RESTORATION, LLC, ET AL.** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 239] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 134] brought by the Lemoine Company, LLC, seeking dismissal of the third-party demands of Expedited Service Partners, LLC [Doc. No. 113] is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 129] brought by DCMC, LLC a/k/a DCMC Partners is **GRANTED IN PART** such that Count One "Intentional Tort" and Count Two "Negligent Professional Undertaking" of the third-party demands of Expedited Service Partners, LLC [Doc. No. 113] against DCMC is **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that DCMC's Motion to Dismiss [Doc. No. 129] is otherwise **DENIED.**

MONROE, LOUISIANA, this 17th day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE